## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 00457 |
| Terrell Liberty ) | Judge Timothy Barnes |
| Danielle Liberty ) | Chapter 13 |
| Debtors ) | |

## NOTICE OF MOTION

TO:   Chapter 13 Trustee, Marilyn O. Marshall**,** 224 S. Michigan Ave., Suite 800, Chicago, IL 60604, via Electronic Court Notification;

Corporate America Family CU, 2075 Big Timber Rd., Elgin, IL 60123, via U.S. Mail;

City of Chicago c/o Arnold Scott Harris, P.C., 111 W. Jackson Blvd., Suite 600, Chicago, IL 60604, via U.S. Mail; and

Corporate America Family Credit Union c/o Trunett Trunkett, P.C., 20 N. Wacker Dr., Suite 1434, Chicago, IL 60606.

Debtor: Terrell and Danielle Liberty, 10459 Mayfield Ave., Oak Lawn, IL 60453; via U.S. Mail

See Attached List.

PLEASE TAKE NOTICE that on **April 18, 2019 at 9:30 a.m.**, I shall appear before the

**Honorable Timothy Barnes**, or any judge sitting in his stead, in **Courtroom 744**, of

the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604,

and present the attached motion**,** at which time you may appear if you so choose.

*/s/ Brian Deshur*
Attorney for Debtor
Deshur Law Firm LLC
55 W. Monroe St., Ste 3330
Chicago, IL 60603
312-380-1564

## **PROOF OF SERVICE**

The undersigned, an attorney, certifies that he caused this Notice and a copy of the attached

document(s) to be served upon the entities named above by deposition the same in the U.S.

Postal Service's mail box located at 55 W. Monroe, Ste 3330, Chicago, IL 60603, on April 1,

2019.

*/s/ Brian Deshur*
Attorney for Debtor
Deshur Law Firm LLC
55 W. Monroe St., Ste 3330
Chicago, IL 60603
312-380-1564

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-00457<br>Northern District of Illinois<br>Eastern Division<br>Wed Jan  9 16:31:28 CST 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Americash<br>PO Box 1728<br>Des Plaines, IL 60017-1728 |
| Arnold Scott Harris PC<br>111 W. Jackson Blvd, Ste 600<br>Chicago, IL 60604-3517 | Capital One Bank<br>by American InfoSource<br>PO BOX 71083<br>Charlotte, NC 28272-1083 | Chase<br>3780 Old Norcross Rd.<br>Duluth, GA 30096-1742 |
| Check into Cash<br>1637 S. Cicero<br>Cicero, IL 60804-1520 | City of Chicago<br>121 N. LaSalle St.<br>Room 107<br>Chicago, IL 60602-1266 | Commonwealth Edison<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| Corporate America Family CU<br>2075 Big Timber Rd<br>Elgin, IL 60123-1140 | Credit Management<br>4200 International Pwy<br>Carrollton, TX 75007-1912 | Edward Szmanski<br>PO Box 5358<br>Elgin, IL 60121-5358 |
| IC System Inc<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | IL Lending Corporation<br>701 Lee St, Suite 570<br>Des Plaines, IL 60016-4539 |
| Iliana Financial Credit<br>1600 Huntington Dr.<br>Calumet City, IL 60409-5404 | Indiana Department of Revenue<br>P.O. Box 40<br>Indianapolis, IN 46206-0040 | Lake County Prosecuting Attorney<br>Bad Check Restitution Program<br>PO Box 441368<br>Indianapolis, IN 46244-1368 |
| Linebarger Goggan Blair and Sampson<br>PO Box 06152<br>Chicago, IL 60606-0152 | Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507-0190 | Northwest Collectors<br>3601 Algonquin Rd<br>Rolling Meadow, IL 60008-3143 |
| Oasis Financial<br>9525 West Bryn Mawr Ave, Suite 900<br>Des Plaines, IL 60018-5264 | One Main Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>PO Box 800849<br>Dallas, TX 75380-0849 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premiere<br>2002 Wesley Suite 100<br>Indianapolis, IN 46219 | Speedway<br>539 S Main Room 36<br>Findlay, OH 45840-3229 |
| State Farm<br>c/o Beckett and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Turner Acceptance Corp<br>c/o Carrus Portfolio Services<br>25 Highland Park Village #100-199<br>Dallas, TX 75205-2789 |

World Acceptance Corp
PO Box 6429
Greenville, SC 29606-6429

Brian D Deshur
Deshur Law Firm LLC
55 West Monroe St.
Suite 3330
Chicago, IL 60603-5094

Danielle Liberty
10459 Mayfield Ave., Apt 1B
Oak Lawn, IL 60453-4473

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd
Suite 305
Skokie, IL 60077-2281

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Terrell Liberty
10459 Mayfield Ave., Apt 1B
Oak Lawn, IL 60453-4473

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IL Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794

Portfolio Recovery Associates
c/o Kay Outlet
PO Box 41067
Norfolk, VA 23541

TMobile
PO Box 742596
Cincinnati, OH 45274

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case Number   19 B 00457 |
| Terrell Liberty ) | Honorable   Timothy Barnes |
| &  ) | Chapter   13 |
| Danielle Liberty ) | |
| Debtors ) | |

## MOTION TO VACATE PAYROLL ORDER

NOW COMES Terrell Liberty & Danielle Liberty, the Debtors, by and through their attorney, Deshur Law Firm LLC and move this Honorable Court to vacate the Order for Payroll Control entered on January 9, 2019 and the Amended Order for Payroll entered on February 25, 2019 , and state as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. That on January 8, 2019, the Debtors filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. That on January 9, 2019, this Honorable Court entered an Order to Employer to Pay the Trustee for Danielle Liberty.

4. That on February 25, 2019, this Honorable Court entered an Amended Order to Employer to Pay the Trustee for Danielle Liberty.

5. That the Debtors requests that they are allowed to make their monthly plan payment directly to the Trustee and that this Court enter an Order vacating the Order to Employer to Pay the Trustee, Docket entry #11 and Docket Entry #13.

WHEREFORE, Terrell Liberty & Danielle Liberty, the Debtors, respectfully request this Honorable Court enter an Order vacating the Order for Payroll Control at docket entry #11 and Docket Entry #13, and for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

*/s/ Brian P. Deshur*
Attorney for Debtor
Deshur Law Firm LLC
55 W. Monroe St., Ste 3330
Chicago, IL 60603
312-380-1564